Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Miles Richard L. Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES RICHARD L. FRANCISCO,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPITAL ONE BANK (USA), National Association;<br><br>          Defendant. | Case No. 3:15-cv-04135 LB<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Miles Richard L. Francisco and counsel for defendant Capital One Bank (USA), N.A. ("Capital One"); that plaintiff's claims against defendant Capital One shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Date: December 2, 2015

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104, Suite 914
Phone: 415.651.1951
mark@aoblawyers.com

Attorney for Plaintiff Michelle Becker

//

//

**STIPULATION FOR DISMISSAL –- FRANCISCO V CAPITAL ONE, NO. 15-04135 LB**

| | |
|---|---|
| Date: December 3, 2015 | /s/ *Connie Y. Tcheng* <br> Connie Y. Tcheng <br> Doll, Amir & Eley LLP <br> 1888 Century Park East, Suite 1850 <br> Los Angeles, CA 90067 <br> Phone: 310.557.9100 <br> Email: ctcheng@dollamir.com <br><br> Attorneys for Capital One Bank (USA) |

### FILER ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: December 2, 2015.

/s/ *Mark F. Anderson*
Mark F. Anderson

---

**STIPULATION FOR DISMISSAL --- FRANCISCO V CAPITAL ONE, NO. 15-04135 LB**